IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : | CONSOLIDATED UNDER MDL 875 |
| DAVID AND FRANCES GRAVER | : : : : : | |
| v. | : : : : | Civil Action No. 11-02636 |
| VARIOUS DEFENDANTS | : | |

## **O R D E R**

**AND NOW,** this **16th** day of **May 2011,** it is hereby **ORDERED** that Plaintiff's Emergency Motion to Remand (doc. no. 3) is **GRANTED.**

It is further **ORDERED** that the above-captioned case be remanded back to the Court of Common Pleas of Philadelphia County.

**AND IT IS SO ORDERED.**

                                               S/Eduardo C. Robreno
                                               **EDUARDO C. ROBRENO, J.**